**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

\*    IN THE

\*    COURT OF APPEALS

\*    OF MARYLAND

**v.**

\*    **Misc. Docket AG No. 95**

**CRAIG HARRISON LANGRALL**

\*    **September Term, 2019**

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Craig Harrison Langrall, pursuant to Maryland Rule 19-736, to disbar the Respondent from the practice law, it is this 22nd day of May, 2020,

**ORDERED**, that the Respondent, Craig Harrison Langrall, be and he hereby is, disbarred from the practice of law in the State of Maryland for violation of Rules 1.1 (Competence), 1.2 (Scope of Representation and Allocation of Authority Between Client and Attorney), 1.3 (Diligence), 1.4 (Communication), 1.7 (Conflict of Interest-General Rule), 4.1 (Truthfulness in Statements to Others), and 8.4 (a) – (d) (Misconduct) of the Maryland Lawyers' Rules of Professional Conduct and Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Craig Harrison Langrall from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rules 19-736(d) and 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk